# ALABAMA COURT OF CRIMINAL APPEALS



October 11, 2024

**CR-2023-0593**
Coley Lewis McCraney v. State of Alabama (Appeal from Dale Circuit Court: CC-19-187, CC-19-188, CC-19-189, and CC-19-191)

## <u>NOTICE</u>

You are hereby notified that on October 11, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk